# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

IN RE: 19-22674

DEBTOR(S)

JOSHUA WILLIAM JOHNSON

### CERTIFICATE OF SERVICE

I hereby certify that on April 09, 2020,        the foregoing Trustee's Claims Report (Chapter 13) was electronically filed with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system.   I further certify that the parties of record in this case, as identified after the signature line in the attached Noticing Center's Certificate of Service, are registered CM/ECF users and will be served through the CM/ECF system.

I hereby certify that on April  8, 2020,        I caused to be served a true and correct copy of the foregoing Trustee's Claims Report (Chapter 13)         as follows:

Mail Service via the Noticing Center– By regular first class United States mail, postage fully pre-paid, addressed to those parties specified in the Noticing Centers Certificate Of Service found below:

/s/Lon A. Jenkins, Trustee, Office of the Standing Chapter 13 Trustee

OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE:<br>JOSHUA WILLIAM JOHNSON<br><br>Debtor | CASE NO: 19-22674<br><br>Chapter 13<br><br>Hon. JOEL T. MARKER |
|---|---|

## TRUSTEE'S REPORT OF CLAIMS

The court confirmed the Debtor's plan on February 04, 2020, and the bar dates for filing claims in this case have now expired, and it appears that all claim issues have been resolved.  As stated in the confirmation order, the Trustee will only disburse on allowed claims provided for in the plan and for which a timely proof of claim was filed.  If the plan provides for a claim but no timely proof of claim has been filed, the Trustee will not disburse on that claim, subject to direction from the court.   Below is a list of all claims provided for by the confirmed plan and/or for which a proof of claim was filed with a description of how such claims will be administered by the Chapter 13 Trustee during the life of the plan.

***ABSENT A TIMELY FILED OBJECTION WITH THE BANKRUPTCY COURT, THE TRUSTEE WILL ADMINISTER CLAIMS IN THIS CASE PURSUANT TO THE LIST OF CLAIMS BELOW***

On or before May 06, 2020, any objection to the Trustee's Report of Claims must be filed with the bankruptcy court and served on the trustee.  On or before May 06, 2020, you must *also* contact the Bankruptcy Court to reserve a date and time when your objection will be heard by the Bankruptcy Judge and then give the trustee notice of such hearing.  If an objection is not both timely filed and noticed for a hearing, the Trustee's Report of Claims will become final and incorporated into the confirmation order, and it will control all disbursements by the Chapter 13 trustee, subject to subsequent direction from the court.

Dated: 04/06/2020

LAJ /S/
LON A. JENKINS
CHAPTER 13 TRUSTEE

| Claim No. | Creditor Name | Claim Description | Claim Amount | Value | Monthly Payment | Interest Rate |
|---|---|---|---|---|---|---|
| 6 | **CHASE BANK** | UNSECURED CREDIT CARD | $2,898.36 | $0.00 | Pro Rata | 0.00 |
| 1 | **EXPRESS RECOVERY SERVICES** | UNSECURED ASSIGNMENT OF CREDITOR C | $2,329.04 | $0.00 | Pro Rata | 0.00 |
| 5 | **HEARTH & HOME** | UNSECURED SERVICES PERFORMED | $14,591.61 | $0.00 | Pro Rata | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | **KNIGHT CAPITAL FUNDING III LLC** | UNSECURED DEFAULT FINAL JUDGMENT | $159,249.24 | $0.00 | Pro Rata | 0.00 |
| | **LEE J. DAVIS, ESQ.** | ATTORNEY FEE | $3,750.00 | $0.00 | Pro Rata | 0.00 |
| 7 | **PACIFICORP DBA ROCKY MOUNTAI** | UNSECURED UTILITIES | $1,025.96 | $0.00 | Pro Rata | 0.00 |
| 2 | **QUESTAR GAS DBA DOMINION ENE** | UNSECURED UTILITY-GAS USAGE | $2,539.59 | $0.00 | Pro Rata | 0.00 |
| 9 | **RAY QUINNEY & NEBEKER P.C.** | UNSECURED PERSONAL GUARANTY/JUDGI | $55,668.58 | $0.00 | Pro Rata | 0.00 |
| 3-2 | **UTAH DEPARTMENT OF WORKFOR(** | UNSECURED UNSEC PORTION | $60.01 | $0.00 | Pro Rata | 0.00 |
| 3-2 | **UTAH DEPARTMENT OF WORKFOR(** | SECURED (PRORATA Level 25) LIEN WARRANT/AMNDS #3/P= | $435.40 | $495.41 | Pro Rata | 0.00 |
| 4 | **UTAH STATE TAX COMMISSION** | SECURED (PRORATA Level 25) ASSESSED SEC TAX/P= PRO R. | $21,173.59 | $21,173.59 | Pro Rata | 4.00 |

```
                            United States Bankruptcy Court
                                   District of Utah

In re:                                                          Case No. 19-22674
JOSHUA WILLIAM JOHNSON                                          Chapter 13
        Debtor
                              CERTIFICATE OF SERVICE

District/off: 1088-c         User: 563          Page 1 of 3          Date Rcvd: Apr 07, 2020
                             Form ID: TROC      Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Noticing Center on
Apr 08, 2020.
db         JOSHUA WILLIAM JOHNSON,   10328 S. SPRINGCREST LANE,   SOUTH JORDAN, UT 84095-4538
1          BDI INSULATION OF SALT LAKE,   4700 STOCKDALE HWY, STE 104,   BAKERSFIELD, CA 93309-2604
2          BENJAMIN D. JOHNSON,   BENNETT TUELLER JOHNSON & DEERE,   3165 EAST MILLROCK DRIVE, SUITE 500,
            SALT LAKE CITY, UT 84121-4704
3          BONNEVILLE BILLING & COLLECTIONS,   P.O. BOX 150621,   OGDEN, UT 84415-0621
4          BRADLEY G. NYKAMP,   PETERSON NYKAMP LAW,   5383 S. 900 E., SUITE 206,
            SALT LAKE CITY, UT 84117-7273
6          CATERPILLAR FINANCIAL SERVICES CORPORATION,   C/O DAVID H. LEIGH, ESQ.,
            RAY QUINNEY & NEBEKER P.C.,   36 SOUTH STATE STREET, SUITE 1400,   SALT LAKE CITY UT 84111-1451
7          CHASE BANK USA, N.A.,   C/O ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
            6409 CONGRESS AVENUE, SUITE 100,   BOCA RATON, FL 33487-2853
9          DAVID H. LEIGH, ESQ.,   RAY QUINNEY & NEBEKER, P.C.,   P.O. BOX 45385,
            SALT LAKE CITY, UT 84145-0385
10         EXPRESS RECOVERY SERVICES, INC.,   P.O. BOX 26415,   SALT LAKE CITY, UT 84126-0415
11         GRAVITATE FINANCIAL,   PO BOX 95152,   RETURNED MAIL--99999
12         HEARTH & HOME DISTRIBUTORS OF UTAH,   HEARTH & HOME,   P.O. BOX 1617,   OGDEN, UT 84402-1617
13         INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATION,   PO BOX 7346,
            PHILADELPHIA, PA 19101-7346
14         INTERNAL REVENUE SERVICE,   BANKRUPTCY DEPARTMENT,   178 S. RIO GRANDE STREET, STE 100,
            SALT LAKE CITY, UT 84101-1587
15         J&P BERRY CONSTRUCTION,   18455 CARTER CIRCLE,   CEDAR VALLEY, UT 84013-9712
16         KNIGHT CAPITAL FUNDING III, LLC,   KNIGHT CAPITAL,   1691 MICHIGAN AVE,   SUITE 230,
            MIAMI BEACH, FL 33139-2566
17         L. MITCHELL JONES, ATTORNEY,   UTAH ATTORNEY GENERAL,   P.O. BOX 140872,
            SALT LAKE CITY, UT 84114-0872
18         LEE J. DAVIS,   LAW OFFICE OF DAVIS & JONES, PC,   5663 SOUTH REDWOOD ROAD,   SUITE 1,
            TAYLORSVILLE, UT 84123-5449
19         MARK F. MAGNOZZI, ESQ.,   23 GREEN STREET, SUITE 302,   HUNTINGTON, NY 11743-3336
20         MERCHANT CASH & CAPITAL, LLC,   DBA BIZFI FUNDING,   460 PARK AVENUE S. 10TH FLOOR,
            NEW YORK, NY 10016-7470
21         NACM BUSINESS CREDIT SERVICES,   910 SW SPOKANE STREET, BUILDING A,   SEATTLE, WA 98134-1125
24         PACIFICORP,   DBA ROCKY MOUNTAIN POWER/PACIFIC POWER,   PO BOX 25308,
            SALT LAKE CITY, UT 84125-0308
25         PHILLIP YATES, ESQ.,   1691 MICHIGAN AVENUE, SUITE 230,   MIAMI BEACH, FL 33139-2566
26         QUESTAR GAS COMPANY/DBA DOMINION ENERGY OF U,   BANKRUPTCY DNR 132,   1140 WEST 200 SOUTH,
            P.O. BOX 3194,   SALT LAKE CITY, UT 84110-3194,   NINA (801)324-3881 SHERRIE 84110-3194
27         R. LANE JENSON,   CANNON LAW GROUP,   53 SOUTH 600 EAST,   SALT LAKE CITY, UT 84102-1006
28         RICHARD J. CARLING,   420 EAST SOUTH TEMPLE STREET, SUITE 470,   SALT LAKE CITY, UT 84111-1315
29         RM SQUARED, LLC,   DBA SALT LAKE DUMPSTER,   P.O. BOX 71005,   SALT LAKE CITY, UT 84171-0005
31         STATE OF UTAH DEPARTMENT OF COMMERCE,   ATTN: KIM QUACH,   P.O. BOX 146741,
            SALT LAKE CITY, UT 84114-6741
32         STEPHEN B. ELGGREN, PC,   8619 SANDY PARKWAY,   P.O. BOX 709598,   SANDY, UT 84070-9598
33         UTAH DEPARTMENT OF WORKFORCE SERVICES,   P.O. BOX 45288,   SALT LAKE CITY, UT 84145-0288
34         UTAH STATE TAX COMMISSION,   TAXPAYER SVC DIV, ATTN MICHELLE RIGGS,   210 NORTH 1950 WEST,
            SALT LAKE CITY, UT 84134-9000
35         VINCNET E. AUBREY,   12 POWDER SPRINGS STREET, SUITE 240,   MARIETTA, GA 30064-7205
36         WORKMAN'S COMPENSATION,   100 WEST TOWNE RIDGE PARKWAY,   SANDY, UT 84070-5526

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5          CATERPILLAR FINANCIAL SERVICES CORP.
8          DARIN STAPLES,   HONEY BUCKET,   2439 S. CONTITUTION BLVD,   RETURNED MAIL--99999
22         NORTHWEEST DRIVING RESULTS,   1710 NORTH CALISPEL ST.,   RETURNED MAIL--99999
23         NOYES LAW FIRM,   315 S. 500 E., #102,   RETURNED MAIL--99999
30         RMS,   P.O. BOX 361595,   RETURNED MAIL--99999
                                                                              TOTALS: 5, * 0
```

```
District/off: 1088-c           User: 563              Page 2 of 3              Date Rcvd: Apr 07, 2020
                               Form ID: TROC          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Apr 08, 2020**             **Signature:**    *Joseph Speetjens*

```
District/off: 1088-c           User: 563                  Page 3 of 3              Date Rcvd: Apr 07, 2020
                               Form ID: TROC              Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 09, 2020 at the address(es) listed below:

```
nef            LON JENKINS TR
nef            UNITED STATES TRUSTEE
                                                                                              TOTAL: 2
```